# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ROBERT NEILL AGUILUZ

VERSUS

SUSAN CRUMHOLT AGUILUZ

NO.   2023 CW 0704

**SEPTEMBER 25, 2023**

---

In Re:   Robert Neill Aguiluz, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. 221919.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT GRANTED IN PART WITH ORDER AND DENIED IN PART.** The portion of the trial court's April 10, 2023 judgment which denied the "Motion for Ex Parte Order Requiring the Preparation And Submission of a Final Judgment" filed by the plaintiff, Robert Neill Aguiluz ("Robert"), is reversed. A judgment that determines the merits in whole or in part is a final judgment, La. Code Civ. P. art. 1841, and a final judgment is appealable in all causes in which appeals are given by law. La. Code Civ. P. art. 2083(A). A valid judgment must be "precise, definite, and certain." See **Laird v. St. Tammany Parish Safe Harbor,** 2002-0045 (La. App. 1st Cir. 12/20/02), 836 So.2d 364, 365. Moreover, a final appealable judgment must contain decretal language. **Advanced Leveling & Concrete Solutions v. Lathan Co., Inc.,** 2017-1250 (La. App. 1st Cir. 12/20/18), 268 So.3d 1044, 1046. In this regard, a final judgment in accordance with Article 1841 shall be identified as such by appropriate language; shall be signed and dated; and shall, in its decree, identify the name of the party in whose favor the relief is awarded, the name of the party against whom the relief is awarded, and the relief that is awarded. La. Code Civ. P. art. 1918(A). Although the parties do not dispute that all issues have been resolved, the trial court's March 30, 2022 judgment, which ordered Robert and defendant, Susan Crumholt Aguiluz ("Susan"), to divide the LASERS and deferred compensation accounts by domestic relations order and further ordered Susan to prepare said domestic relations order among other relief, is not a valid final and appealable judgment. See **Ennis v. McManus,** 2019-0167 (La. App. 1st Cir. 9/27/19), 2019 WL 4729645, *2 (unpublished) (citing La. R.S. 9:2801(B)); see also **Advanced Leveling & Concrete Solutions,** 268 So.3d at 1046 (the specific nature and amount of damages should be determinable from a judgment so that a third person is able to determine from a judgment the amount owed without reference to other documents). Accordingly, the "Motion for Ex Parte Order Requiring the Preparation And Submission of a Final Judgment" is granted. This matter is remanded to the trial court with instructions to sign a final judgment that is precise, definite, and certain and contains proper decretal language. In all other respects, the writ is denied as moot.

JMG
WRC
WIL

COURT OF APPEAL, FIRST CIRCUIT

a.s.D
_____
DEPUTY CLERK OF COURT
FOR THE COURT